JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KARRIE ANN NEWLAND, | ) | Case No.: 5:20-cv-01066-JDE |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand (Dkt. 16, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 14, 2021

JOHN D. EARLY
United States Magistrate Judge