UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MS. KARRIE ANN NEWLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:20-cv-01066-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

　　　　Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that

Plaintiff shall be awarded attorney's fees and expenses of $2,877.32 under 28

U.S.C. § 2412(d) and costs of $400.00 under 28 U.S.C. § 1920, subject to the

terms of the above-referenced Stipulation.

Dated: August 10, 2021

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge